UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTON RISE,<br><br>        Defendant. | Criminal No. 17-10146-MLW |

### GOVERNMENT'S RESPONSE TO
### COURT ORDER RE: SENTENCING (DKT. NO. 139)

Pursuant to this Court's Order, Dkt. No. 139, the Government states that it no longer takes the position that the defendant is subject to the sentencing enhancement provided by the Armed Career Criminal Act. Although the Supreme Court in *Wooden v. United States,* 142 S. Ct. 1063 (2022) expressly left open the question "whether the Sixth Amendment requires that a jury, rather than a judge, resolve whether prior crimes occurred on a single occasion, "142 S. Ct. at 1068 n.3, the Government now takes the position that—in light of the "multi-factored" and "holistic" inquiry now required by *Wooden*, *id*. at 1068, 1070-71—a jury must find, or a defendant must admit, that a defendant's ACCA predicates were committed on occasions different from one another. Accordingly, under the facts and procedural history of this case, the Government no longer believes it can meet its burden in demonstrating that the defendant is an Armed Career Criminal at this stage.

Accordingly, the Government's view is that the defendant's Guidelines Sentencing Range is 70-87 months in prison followed by 1-3 years of Supervised Release, based on a Total Offense Level of 21 and Criminal History Category of V, and the Government recommends a sentence of 84 months in prison, followed by 3 years of supervised release, for the reasons laid

out in the Government's filing on August 3, 2022, Dkt. No. 132.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:     */s/Elianna J. Nuzum*
        Elianna J. Nuzum
        Assistant United States Attorney
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        elianna.nuzum@usdoj.gov
        617.748.3100

Date: October 3, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

Dated: October 3, 2022

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum